## CASO *v.* EL REGISTRADOR DE LA PROPIEDAD.

### RECURSO GUBERNATIVO contra nota del Registrador de la Propiedad de Arecibo.

No. 6.—Resuelto en abril 20, 1904.

ASIENTOS DE LAS ANTIGUAS ANOTADURÍAS DE HIPOTECAS—TERCERO.—Aunque los asientos de los derechos reales existentes en los libros de las Antiguas Anotadurías que no hubieren sido trasladados a los modernos libros del registro dentro del plazo legal no podrán perjudicar a tercero, en lo sucesivo quedan, sin embargo, vigentes entre las partes contratantes, y surten entre ellas los efectos legales correspondientes.

ID.—Terminado el plazo señalado para solicitar las traslaciones de los asientos de los antiguos a los modernos libros, los asientos no trasladados no se mencionarán en las nuevas inscripciones que se hagan en dichos libros modernos.

ID.—CANCELACIÓN.—Los asientos de las antiguas anotadurías de hipotecas, aunque no hayan sido trasladados a los libros modernos del registro de la propiedad dentro del plazo fijado para que perjudicaran a terceros, no pueden ser cancelados de oficio por los registradores, sino en los casos en que proceda con arreglo a las disposiciones de la Ley y del Reglamento sobre la materia, y en ese sentido deben entenderse los artículos 453 y siguientes del Reglamento Hipotecario, al tratar de las cancelaciones de dichos asientos y de la forma en que deben hacerse constar en los libros del antiguo y del moderno registro de la propiedad.

ID.—Sólo son cancelables de oficio las menciones que, también de oficio, se hubieren hecho, en los libros modernos, de asientos de derechos reales existentes (*) en los libros de las antiguas Anotadurías, simpre que su traslación no haya sido expresamente solicitada por los interesados dentro del plazo legal.

### EXPOSICIÓN DEL CASO.

*Visto:* el presente recurso gubernativo interpuesto por el Abogado Don Juan R. Ramos, a nombre de Don Hilario Caso, contra resolución del registrador de la propiedad de Arecibo, denegatoria de la cancelación de una hipoteca.

*Resultando:* que presentado escrito al registrador de la propiedad de Arecibo, en veinte y dos de septiembre de 1894, por el Presbítero Dr. Juan López y Aguas, para que en cumplimiento de lo ordenado en el artículo 397 de la Ley Hipotecaria de esta Isla, trasladara a los libros modernos del regis-

tro de la propiedad una hipoteca constituída a favor del solicitante, por Doña Ricarda Vélez de Ramos, sobre bienes de su propiedad, radicados en el partido de Manatí, y de la que aparecía tomada razón al folio 35, libro 14, tomo 1 de la antigua anotaduría de hipotecas, declaró el registrador, en 25 de abril del año siguiente, suspendida la traslación que se interesaba, por no aparecer inscrito en los libros del registro el dominio de las fincas gravadas; y habiendo acudido nuevamente con escrito al mismo registrador, en 15 de marzo último, el Abogado Don Juan Ramón Ramos, a nombre de Don Hilario Caso, como tercer poseedor que dice ser de una de las fincas gravadas con la hipoteca, para que se cancelara de oficio el referido asiento, por no haber sido trasladado a los nuevos libros del registro dentro del año que fijó el artículo 397 de la Ley Hipotecaria, y prorrogó, por otro año más, la Real Orden de 28 de noviembre de 1894, para que pudieran ser trasladados los gravámenes existentes en los libros de las antiguas anotadurías, en perjuicio de tercero, denegó también el registrador dicha solicitud, por los fundamentos de la nota que puso a continuación de la misma y que copiada a la letra dice así:

"Denegadas las operaciones que se interesan en la precedente (*) instancia, por existir en este registro una solicitud de traslado del asiento antiguo a los modernos libros, presentada dentro del término concedido para ello, cuyo traslado se suspendió por no hallarse inscrito en dichos libros el dominio de las fincas gravadas, y por no estar facultado el que suscribe para practicarlas.—Arecibo, marzo 16 de 1904. Entrelíneas. Dentro, Vale. José Marcial López, registrador."

*Resultando:* que contra esta nota ha interpuesto en tiempo el Abogado Don Juan Ramón Ramos, a nombre de Don Hilario Caso, el presente recurso gubernativo para que se revoque la resolución del registrador de Arecibo y se le ordene que cancele todas las inscripciones, anotaciones o simples menciones de cargas, que existan en libros de la antigua anotaduría de

hipotecas de aquel partido y que no hayan sido trasladados a los libros del registro moderno sobre la finca denominada la "Bomba" de la propiedad de su representado y que tiene ésta inscrita a su favor en el moderno registro.

Abogado del recurrente: *Sr. Juan R. Ramos.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando:* que ni en la Ley Hipotecaria, ni en el reglamento y demás disposiciones posteriores que se dictaron para su ejecución, se encuentra disposición alguna que autorice a los registradores de la propiedad para cancelar de oficio los asientos de las antiguas anotadurías de hipotecas que no hubiesen sido trasladados a los nuevos libros del registro, dentro del plazo que se fijó al efecto para que pudieran serlo con perjuicio de tercero; pues antes al contrario, lo que por la Ley Hipotecaria y demás disposiciones citadas, se prescribe, es, que si bien los asientos de los derechos reales existentes en los libros de las antiguas anotadurías, que no fueren trasladados a los modernos dentro del plazo legal, no podrían perjudicar a tercero en lo sucesivo, quedarían, sin embargo, vigentes entre las partes contratantes, surtiendo entre ellas los efectos legales correspondientes, como así lo (*) establece terminantemente en su último párrafo el artículo 449 del reglamento de la Ley Hipotecaria en relación con lo dispuesto en su último apartado por el artículo 397 de la misma ley y lo reproduce en su 2°. considerando la Real Orden de 8 de mayo de 1894, la que en orden a las cancelaciones se limita a disponer: "que terminado el plazo señalado para solicitar las traslaciones, los asientos de derechos reales de los libros antiguos no trasladados, no se mencionarán en las inscripciones nuevas que se hagan, cancelándose de oficio, terminado dicho plazo, las menciones que también de oficio, se hubieran hecho en los libros modernos de asiento de los expresados derechos reales consignados en los antiguos, siempre que su traslación no haya sido expresamente solicitada por los interesados dentro del

plazo legal;" precepto que con más claridad consignó también, en su parte dispositiva, la otra Real Orden de 18 de junio de 1895, al disponer que "sólo son cancelables las menciones de oficio que se hubiesen tomado directamente de los libros antiguos;" de todo lo que se infiere, con la mayor claridad, que dichos asientos antiguos aunque no hayan sido trasladados a los libros modernos del registro, no pueden ser cancelados de oficio por los registradores, sino en los casos en que proceda con arreglo a las disposiciones de la ley y del reglamento sobre la materia, y que en ese sentido deben entenderse los. artículos 453 y siguientes del reglamento, al hablar de las cancelaciones de esos asientos antiguos, y de la forma en que deben hacerse constar en los libros del antiguo y del moderno registro de la propiedad.

*Vistas* las disposiciones legales citadas.

Se confirma la nota denegatoria del registrador de la propiedad de Arecibo en cuanto por ella se deniega la cancelación solicitada por el abogado del recurrente en su escrito de 15 de marzo último; y con devolución de los documentos presentados, remítase al expresado registrador copia certificada (*) de la presente resolución para su conocimiento y demás efectos que procedan.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.